UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH KENNETH HOWELL,

    Plaintiff,

                                                                             Civil No. 05-73335
                                                                   Hon. John Feikens

    v.

COMMISSIONER OF THE
INTERNAL REVENUE SERVICE,

    Defendant.

_____/

## OPINION AND ORDER

The facts as presented in Plaintiff's Notice of Appeal are in their essentials identical to those in <u>Raft v. Comm'r of Internal Revenue</u>, an unpublished case in which the Sixth Circuit found that federal courts did not have jurisdiction to hear the claim. Case No. 03-3566, slip op., 2005 WL 1385951 (June 1, 2005) (citing 26 U.S.C. § 6330(a) and 16 C.F.R. § 301.6330-1(i)). This court may examine its subject matter jurisdiction *sua sponte*. <u>Kontrick v. Ryan</u>, 540 U.S. 443, 456 (2004). For the reasons stated in the <u>Raft</u> opinion, I find I have no jurisdiction over this case and therefore DISMISS it. **IT IS SO ORDERED.**

Date:  September 21, 2005                    S/John Feikens
                                                              United States District Judge

> Proof of Service
>
> I hereby certify that the foregoing order was served on the attorneys/parties of record on September 21, 2005, by U.S. first class mail or electronic means.
>
>                                       S/Carol Cohron
>                                       Case Manager